LDA

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY DILUGLIO | ) | |
| - vs. - | ) | C. A. NO. 08- CA 08 55 S |
| THE TORO COMPANY AND HOME DEPOT U.S.A., INC. AND JOHN DOE | ) | |

**NOTICE OF REMOVAL**
**PURSUANT TO 28 USC 1441 ET. SEQ.**

Pursuant to 28 U.S.C., Section 1441, defendants, The Toro Company and Home Depot U.S.A., Inc., hereby remove to this court the state court action described below, on the basis of diversity of citizenship. In support of this notice, defendants state the grounds for removal are as follows:

1. A civil action entitled, Anthony DiLuglio v. The Toro Company, et al, Civil Action No. 08-0410 was commenced in the Rhode Island Superior Court, Providence County by the filing of a complaint on or about January 22, 2008. Defendant, The Toro Company, first received a copy of the summons and complaint via certified mail on January 29, 2008 at Toro's corporate offices. Defendant, Home Depot U.S.A., Inc., was served with a copy of the summons and complaint on January 23, 2008 by Corporate Service Company (CSC). A certified copy of the Superior Court docket entries is attached hereto as Exhibit "A", together with certified copies of each of the documents on file in the Superior Court.

2. Plaintiff alleges in his complaint that he is a resident of the City of Rumford, State of Rhode Island.

3. Defendant, The Toro Company's, principal place of business is in Bloomington, Minnesota; defendant, Home Depot U.S.A., Inc. is a Georgia corporation.

4. This civil action is appropriate for removal pursuant to 28 U.S.C., Section 1441, et seq. since the plaintiff and defendants are citizens of different states and it is believed the matter in controversy exceeds $75,000.00.

5. This notice of removal is filed within thirty (30) days of the first service of the summons and complaint on any defendant.

6. All defendants have joined or consented to this notice of removal.

Attorneys for Defendant,
THE TORO COMPANY
By its attorneys,

Gerald C. DeMaria by Samuel C. Bodurtha (#7075)

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
(T) 401-272-3500
(F) 401-273-8780

## CERTIFICATION

I hereby certify that a copy of the within document was mailed, postage prepaid, to Ronald J. Resmini, Esq., The Packet Building, Suite 400, 155 South Main Street, Providence, Rhode Island 02903, on this 19th day of February, 2008.

Joyce C. Brady