STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

FILED FEB 19 2008 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Case ID: PC-2008-0416 ANTHONY DILUGLIO V THE TORO COMPANY

Filing Date: 01-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 02-19-2008

Plaintiff: ANTHONY DILUGLIO
ID: @10966327

Attorney: RONALD RESMINI

Defendant: THE TORO COMPANY
ID: @10966329
Defendant: HOME DEPOT USA
ID: @10966330

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 01-23-2008 | COMPLAINT FILED | |
| 01-23-2008 | INITIAL FILING FEE | |
| 01-24-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP264705. |
| 02-04-2008 | SUMMONS,PROOF OF SERVICE FILED | |
| 02-08-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: HOME DEPOT USA |
| 02-14-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: THE TORO COMPANY |
| 02-19-2008 | NOTICE OF REMOVAL | Affiliated: THE TORO COMPANY |
| 02-19-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 55 S |
| 02-19-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island