UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY DiLUGLIO :

-VS- : C.A.NO. 08-55S

THE TORO COMPANY, ET AL :

ENTRY OF APPEARANCE

I, RONALD J. CREAMER, ESQ., by agreement of the parties hereby enter my appearance as co-counsel on behalf of the Plaintiff in the above-entitled cause.

/s/Ronald J. Creamer,Esq. #3891
Ronald J. Resmini, Esq. #0484
155 South Main St., Suite 400
Providence, RI 02903
DATED: May 7, 2008
reminilaw@yshoo.vom
(40l)75l-8855

CERTIFICATION

I herby certify that on this 7th day of May, 2008 I mailed a copy of the within Entry of Appearance electronically to the following:

Gerald C. DeMaria, Esq.
Higgins,Cavanagh & Cooney, LLP
The Hay Building
l23 Dyer St.
Prov., RI 02903

/s/Ronald J. Creamer, Esq. #0381