UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY DILUGLIO | : | |
| | : | |
| VS. | : | C. A. NO. 08-55-S |
| | : | |
| THE TORO COMPANY AND | : | |
| HOME DEPOT U.S.A., INC. | : | |
| AND JOHN DOE | : | |

## WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance as counsel on behalf of Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holding, Inc. in the above captioned matter.

Defendant,
Home Depot U.S.A., Inc.
By its attorneys,

Higgins, Cavanagh & Cooney, LLP

/s/ Samuel C. Bodurtha
Gerald C. DeMaria (#0637)
Samuel C. Bodurtha (#7075)
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
(T) 401-272-3500
(F) 401-273-8780
gdemaria@hcc-law.com
sbodurtha@hcc-law.com

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record on the 11th day of June , 2008.

Ronald J. Resmini, Esq.
resminilaw@yahoo.com

/s/ Samuel C. Bodurtha