UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY DILUGLIO | : | |
| | : | |
| VS. | : | C. A. NO. 08-55-S |
| | : | |
| THE TORO COMPANY AND | : | |
| HOME DEPOT U.S.A., INC. | : | |
| AND JOHN DOE | : | |

## CORRECTED WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance as counsel on behalf of The Toro Company in the above captioned matter.

Defendant,
The Toro Company
By its attorneys,

Higgins, Cavanagh & Cooney, LLP

/s/ Samuel C. Bodurtha
Samuel C. Bodurtha (#7075)
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
(T) 401-272-3500
(F) 401-273-8780
sbodurtha@hcc-law.com

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record on the 11th day of June , 2008.

Ronald J. Resmini, Esq.
resminilaw@yahoo.com

/s/ Samuel C. Bodurtha