UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ANTHONY DILUGLIO :
:
VS. : C. A. NO. 08-55-S
:
THE TORO COMPANY AND :
HOME DEPOT U.S.A., INC. :
AND JOHN DOE :

**STIPULATION**

The above matter is hereby dismissed with prejudice; no interest, no costs.

Ronald J. Resmini, Esq., #0484
155 South Main Street
Providence, RI 02903
401-751-8855
resminilaw@yahoo.com

Gerald C. DeMaria, Esq., #0637
John F. Kelleher, Esq., #3854
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
401-272-3500
jkelleher@hcc-law.com

Dated: 8/1/08